PROB 12C
(6/16)

Report Date: July 27, 2016

# United States District Court

### for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 27 2016

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Joshua J. Kaczor          Case Number: 0980 2:11CR00187-LRS-1

Address of Offender: ▮▮▮▮▮▮▮▮▮ Spokane, Washington 99205

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 13, 2012

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 48 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Aine Ahmed | Date Supervision Commenced: | July 10, 2015 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | July 9, 2018 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On or about July 15, 2016, Mr. Kaczor violated his conditions of supervised release in Spokane, Washington, by being placed under arrest for charges of driving under the influence (DUI), case number 6Z0698683 |
| 2 | **Special Condition # 17:** You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence:** On or about July 15, 2016, Mr. Kaczor violated his conditions of supervised release in Spokane, Washington, by consuming alcohol. Mr. Kaczor was arrested and charged with driving under the influence (DUI). He admitted to the arresting officer that he had consumed alcohol. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

Prob12C
Re: Kaczor, Joshua J.
July 27, 2016
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 27, 2016

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

7/27/16
Date