PROB 12C
(6/16)

Report Date: January 18, 2017

## United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 18 2017

SEAN F. MCAVOY, CLERK
                    DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Joshua J. Kaczor          Case Number: 0980 2:11CR00187-LRS-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 13, 2012

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition , 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 48 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: July 10, 2015 |
| Defense Attorney: | Daniel Noah Rubin | Date Supervision Expires: July 9, 2018 |

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/27/2016.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number          Nature of Noncompliance

3          **Special Condition # 17:**. You must abstain from alcohol and must submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

           **Supporting Evidence**: On December 31, 2016, Mr. Kaczor violated his conditions of supervised release in Spokane, Washington, by consuming alcohol. On January 2, 2017, Mr. Kaczor submitted to urinalysis testing as a part of his treatment plan at Alcohol Drug Education Prevention and Treatment (ADEPT). The urine sample was sent to the lab for further testing. On January 6, 2017, the lab report was received showing a positive result for the presence of alcohol. Mr. Kaczor met with the undersigned officer and admitted to consuming alcohol on December 31, 2016, and signed an admission form.

**Prob12C**
**Re: Kaczor, Joshua J.**
**January 18, 2017**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    01/18/2017

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this
petition with the other violations pending before the
Court.
[ ]   Defendant to appear before the Judge assigned to the
case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

1/18/17

Date